IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| THE READLYN TELEPHONE COMPANY,<br><br>             Plaintiff,<br><br>vs.<br><br>QWEST COMMUNICATIONS CORPORATION,<br><br>             Defendant. | No. C10-2040<br><br>ORDER SETTING PRETRIAL DEADLINES |

On the 23rd day of March 2012, this matter came on for telephonic hearing on the Uncontested Motion to Extend Deadlines (docket number 41) filed by the Defendant on March 15, 2012. The Plaintiff was represented by its attorney, Jeffrey J. Binder. The Defendant was represented by its attorney, Charles W. Steese.

For the reasons indicated by the Court at the time of hearing, the Court concludes that deadlines should be established for the disclosure of expert witnesses, completion of discovery, and filing of dispositive motions.

### ORDER

IT IS THEREFORE ORDERED that the Uncontested Motion to Extend Deadlines (docket number 41) filed by the Defendant is **GRANTED** in part and **DENIED** in part, and the Court establishes the following pretrial deadlines:

1. Plaintiff must disclose its expert witnesses not later than **May 1, 2012**.
2. Defendant must disclose its expert witnesses not later than **June 1, 2012**.
3. Plaintiff's rebuttal experts must be disclosed not later than **July 1, 2012**.

4.   All discovery shall be completed not later than **July 31, 2012**.

5.   Any dispositive motions must be filed not later than **August 31, 2012**.

6.   The trial ready deadline in this case will be **December 31, 2012**.

DATED this 23rd day of March, 2012.

_____
JON STUART SCOLES
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA