UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| THE READLYN TELEPHONE COMPANY, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | CIVIL ACTION NO. 6:10-CV-2040-JEG-RAW |
| QWEST COMMUNICATIONS CORPORATION, | § § § § | |
| Defendant. | § § | |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

**COMES NOW** Plaintiff, The Readlyn Telephone Company and Defendant and Counterclaimant, Qwest Communications Corporation, n/k/a Qwest Communications Company, LLC, d/b/a CenturyLink QCC, by and through undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby stipulate to voluntarily dismiss this action with prejudice as to the claims asserted by the parties against each other, with each party to bear its own costs and expenses.

The parties agree and the Court orders that in the event either party shall seek enforcement of any provision of the settlement agreement in this matter, that the United States District Court for the Northern District of Iowa, Eastern Division shall have jurisdiction over any such action.

Approved and ordered this _____ day of _____ 2013.

_____
JAMES E. GRITZNER, CHIEF JUDGE
UNITED STATES DISTRICT COURT

So Stipulated:

| ___s/Eric D. Fein_____ | _____ |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |

Eric D. Fein  
State Bar No. 06879020  
Vickie S. Brandt  
State Bar No. 24031878  
**THE FEIN LAW FIRM, P.C.**  
15455 N. Dallas Parkway, Suite 1225  
Addison, Texas 75001  
Telephone: (214) 522-9596  
 Facsimile: (214) 522-9599  

By: ___s/Charles W. Steese_____  
Charles W. Steese (*pro hac vice*)  
Iowa Bar No. 11278  

STEESE, EVANS & FRANKEL, P.C.  
6400 S. Fiddlers Green Circle, Suite 1820  
Denver, Colorado 80111  
Telephone: (720) 200-0676  
Facsimile: (720) 200-0679  
Email: csteese@s-elaw.com