# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| THE READLYN TELEPHONE COMPANY, | § § § § |
| Plaintiff, | § § |
| vs. | § § CIVIL ACTION § NO. 6:10-CV-2040-JEG-RAW |
| QWEST COMMUNICATIONS CORPORATION, | § § § |
| Defendant. | § § § |

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL

**COMES NOW** Plaintiff, The Readlyn Telephone Company and Defendant and Counterclaimant, Qwest Communications Corporation, n/k/a Qwest Communications Company, LLC, d/b/a CenturyLink QCC, by and through undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby stipulate to voluntarily dismiss this action with prejudice as to the claims asserted by the parties against each other, with each party to bear its own costs and expenses.

The parties agree and the Court orders that in the event either party shall seek enforcement of any provision of the settlement agreement in this matter, that the United States District Court for the Northern District of Iowa, Eastern Division shall have jurisdiction over any such action.

Approved and ordered this __24th__ day of __October__ 2013.

_____
JAMES E. GRITZNER, Chief Judge
U.S. DISTRICT COURT

So Stipulated:

| | |
|---|---|
| ___s/Eric D. Fein_____ | _____ |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANT |
| | |
| Eric D. Fein | By: ___s/Charles W. Steese_____ |
| State Bar No. 06879020 | Charles W. Steese (*pro hac vice*) |
| Vickie S. Brandt | Iowa Bar No. 11278 |
| State Bar No. 24031878 | |
| **THE FEIN LAW FIRM, P.C.** | STEESE, EVANS & FRANKEL, P.C. |
| 15455 N. Dallas Parkway, Suite 1225 | 6400 S. Fiddlers Green Circle, Suite 1820 |
| Addison, Texas 75001 | Denver, Colorado 80111 |
| Telephone: (214) 522-9596 | Telephone: (720) 200-0676 |
| Facsimile: (214) 522-9599 | Facsimile: (720) 200-0679 |
| | Email: csteese@s-elaw.com |